# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOWARD RANDALL, TRUSTEE, HOWARD & GALE RANDALL TRUST FBO KIMBERLY RANDALL IRREVOCABLE TRUST UA FEB 15, 2000, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff(s),<br><br>v.<br><br>FIFTH STREET FINANCE CORP., FIFTH STREET ASSET MANAGEMENT, INC., LEONARD M. TANNENBAUM, BERNARD D. BERMAN, ALEXANDER C. FRANK, TODD G. OWENS, IVELIN M. DIMITROV, and RICHARD A. PETROCELLI<br><br>      Defendants. | Case No. 1:15-cv-07759-LAK<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION OF ROBERT J. HURWITZ FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |
| ROBERT J. HURWITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff(s),<br><br>v.<br><br>FIFTH STREET FINANCE CORP., FIFTH STREET ASSET MANAGEMENT, INC., LEONARD M. TANNENBAUM, BERNARD D. BERMAN, ALEXANDER C. FRANK, TODD G. OWENS, IVELIN M. DIMITROV, and RICHARD A. PETROCELLI<br><br>      Defendants. | Case No. 1:15-cv-08908-LAK |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

  **PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, at the United States District Court for the Southern District of New York, Robert J. Hurwitz ("Hurwitz") will

respectfully move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) consolidating the above-captioned related actions; (2) appointing Hurwitz as Lead Plaintiff on behalf of all persons and entities that purchased or otherwise acquired securities of Fifth Street Finance Corp. ("Fifth Street Finance" or the "Company") between July 7, 2014 and February 6, 2015, both dates inclusive (the "Class Period"); (3) approving Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

In support of this Motion, Hurwitz submits a Memorandum of Law, the Declaration of Jeremy A. Lieberman filed herewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

Dated: November 30, 2015
      New York, New York

      Respectfully submitted,

      **POMERANTZ LLP**

      *s/Jeremy A. Lieberman*
      Jeremy A. Lieberman
      J. Alexander Hood II
      Marc Gorrie
      600 Third Avenue, 20th Floor
      New York, New York 10016
      Telephone: 212-661-1100
      Facsimile: 212-661-8665
      Email: jalieberman@pomlaw.com
            ahood@pomlaw.com
            mgorrie@pomlaw.com

      Patrick V. Dahlstrom
      10 South LaSalle Street, Suite 3505
      Chicago, IL 60603
      Telephone: 312-377-1181
      Facsimile: 312-377-1184
      Email: pdahlstrom@pomlaw.com

      *Counsel for Movant and*
      *Proposed Lead Counsel for the Class*