UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOWARD RANDALL, TRUSTEE, HOWARD & GALE RANDALL TRUST FBO KIMBERLY RANDALL IRREVOCABLE TRUST UA FEB 15, 2000, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FIFTH STREET FINANCE CORP., FIFTH STREET ASSET MANAGEMENT, INC., LEONARD M. TANNENBAUM, BERNARD D. BERMAN, ALEXANDER C. FRANK, TODD G. OWENS, IVELIN M. DIMITROV, and RICHARD A. PETROCELLI,<br><br>Defendants. | Case No. 1:15-cv-07759-LAK |
| ROBERT J. HURWITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FIFTH STREET FINANCE CORP., FIFTH STREET ASSET MANAGEMENT, INC., LEONARD M. TANNENBAUM, BERNARD D. BERMAN, ALEXANDER C. FRANK, TODD G. OWENS, IVELIN M. DIMITROV, and RICHARD A. PETROCELLI,<br><br>Defendants. | Case No. 1:15-cv-08908-LAK |

**SUPPLEMENTAL DECLARATION OF ADAM M. APTON IN FURTHER SUPPORT OF MOVANTS ARTHUR STEIN AND JOSEPH SACCO'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

I, ADAM M. APTON, hereby declare that:

1. I am an associate with the law firm Levi & Korsinsky LLP, counsel for movants Arthur Stein and Joseph Sacco ("Movants") and proposed lead counsel for the class. I respectfully submit this declaration in further support of Movants' Motion for Consolidation of the Actions, Appointment as Lead Plaintiff and Approval of Selection of Counsel in the above-captioned actions.

2. Attached hereto as Exhibit A is a true and correct copy of the Declaration Of Arthur Stein In Support Of Motion For Consolidation Of The Actions, Appointment As Lead Plaintiff And Approval Of Selection Of Counsel.

3. Attached hereto as Exhibit B is a true and correct copy of the Declaration Of Joseph Sacco In Support Of Motion For Consolidation Of The Actions, Appointment As Lead Plaintiff And Approval Of Selection Of Counsel.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.

Dated: December 17, 2015

/s/ Adam Apton
Adam M. Apton