Case 1:15-cv-07759-LAK Document 123-1 Filed 10/19/18 Page 1 of 3

COURTESY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE FIFTH STREET FINANCE CORP. SECURITIES LITIGATION

This Matter Relates To:

All Actions

Case No. 15-cv-7759 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-22-18

**[~~PROPOSED~~] ORDER AUTHORIZING DISTRIBUTION OF NET SETTLEMENT FUND TO AUTHORIZED CLAIMANTS AND RELATED RELIEF**

**THIS MATTER** having come before the Court on the motion of Lead Plaintiff Oklahoma Police Pension and Retirement System for authorization to distribute the Net Settlement Fund; the Settlement having reached its Final Settlement Date; and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation and Agreement of Settlement, dated as of July 27, 2016 (ECF No. 93-1).

2. The administrative recommendations of A.B. Data, Ltd. ("A.B. Data" or "Claims Administrator"), the Court-appointed Claims Administrator, to accept the Proof of Claim and Release forms ("Claim Forms"), including the late but otherwise eligible Claim Forms, listed in Exhibits D and E to the Declaration of Adam D. Walter on Behalf of A.B. Data, Ltd. in Support of Lead Plaintiff's Motion for Authorization to Distribute Net Settlement Fund, dated October 18, 2018 ("A.B. Data Declaration" or "A.B. Data Decl."), are hereby APPROVED.

3. As determined by the Claims Administrator, wholly rejected or otherwise ineligible Proofs of Claim are hereby REJECTED.

4. The distribution of the Net Settlement Fund to Authorized Claimants is hereby AUTHORIZED and shall be conducted in accordance with the Settlement Agreement, the Court-approved Plan of Allocation, and the distribution plan for payment of the Net Settlement Fund set forth in paragraph 39 of the A.B. Data Declaration, which is hereby APPROVED.

5. No Claim Forms received or adjusted after August 1, 2018 will be eligible for payment for any reason, subject only to the provision of paragraph 39(c) of the Distribution Plan.

6. A payment in the amount of $44,766.86 from the Settlement Fund for A.B. Data's estimate of its fees and expenses to be incurred in connection with the initial distribution of the Net Settlement Fund is hereby AUTHORIZED. If the incurred fees and expenses for the initial distribution are lower than the estimate, the Claims Administrator shall promptly reimburse the Net Settlement Fund.

7. The administration of the Settlement and the proposed distribution of the Net Settlement Fund comply with the terms of the Settlement Agreement and the Plan of Allocation.

8. The Claims Administrator is authorized to destroy paper copies of the Proofs of Claim and all supporting documents one year after the initial distribution of the Net Settlement Fund, and to destroy electronic copies of the same one year after all funds have been distributed.

9. The Court retains jurisdiction to consider any further applications concerning the administration of the Settlement, and such other and further relief as this Court deems appropriate.

DATED this 22d day of Oct, 2018

BY THE COURT:

Honorable Lewis A. Kaplan
UNITED STATES DISTRICT JUDGE